# SEARCH WARRANT
Rev. Code §2933.21 - .25
Crim.R. 41

CHARDON MUNICIPAL COURT
GEAUGA COUNTY, OHIO

STATE OF OHIO, GEAUGA COUNTY, SS:

To Sheriff Hildenbrand, the Geauga County Sheriff's Office, and all other law enforcement officers and such other individuals, as he shall deem necessary.

WHEREAS, there appeared personally before me one Det. Humar and swore to the facts set forth in an Affidavit on file with the Court in this matter.

WHEREAS, I find from said Affidavit that there is probable cause to believe, based on specific and articulable facts:

I. That in the city of Chardon, Geauga County, Ohio, the following criminal offense(s) has/have occurred:

   a. Possession of Drugs, R.C. §2925.11
   b. Trafficking in Drugs, R.C. §2925.03
   c. Having Weapons While Under Disability, R.C. §2923.13

II. That the following described items of property are connected with the commission of said offenses:

   a. any and all controlled substances, including but not limited to methamphetamine, marijuana, cocaine, heroin, and prescription pills; US currency; packaging materials; scales; drug paraphernalia; cell phones and their contents, including contacts, call history, text messages, emails, voicemails, pictures, videos, and applications and their contents (such as Google Maps); ATM receipts; personal papers; including but not limited to personal noted, letters, receipts; firearms; Any safes or locked boxes may be entered by force, if necessary; and
   b. any and all other fruits and instrumentalities of the crimes, currently unknown

III. That the said items of property are located at

   a. The property, residence, curtilage, outbuildings, and vehicles located at ▮▮▮▮▮, Chardon, Ohio 44024, described as a beige, single-story residence with brown shutters. The numbers "▮▮▮" are to the north of the front door which faces east.; and
   b. within the contents of any cell phones seized pursuant to paragraph IIa

NOW, THEREFORE, you are hereby COMMANDED, in the name of the State of Ohio, with necessary and proper assistance, within three days, to enter into, or, serve onto, the places described in Paragraph III above and there diligently search for the property described in Paragraph II. I find that there is reasonable cause to justify and hereby authorize execution of this Warrant during the daytime or nighttime.Within the territorial jurisdiction of this Court, you are authorized to search the property described in Paragraph III above

for items of property described in Paragraph II, and obtain the evidence described in Paragraph II above. Of this Warrant make due return to the undersigned accompanied by an inventory of any property seized.

Due to the logistics of searching and analyzing electronic devices, the three-day execution requirement, pursuant to Crim.R. 41(D)(2), is hereby amended to require the search of the devices be initiated within three days.

All property seized pursuant to this Warrant shall be forthwith delivered into the custody of an agency equipped for the analysis and processing of electronic devices / DNA evidence, and will be processed by those assigned to the investigation, and after such processing shall be delivered to the Evidence Custodian of the Geauga County Sheriff's Office to be held as evidence or until further Order of this Court.

The facts upon which the affiant relies and bases his/her belief that said items of property and things are so unlawfully concealed are contained in the affidavit which is filed in support of this Warrant and is incorporated herein.

3-1-21 @ 7:00 pm
DATE

JUDGE TERRI L. STUPICA
CHARDON MUNICIPAL COURT

Exh. B - 002

# SEARCH WARRANT
Rev. Code §2933.21 - .25
Crim.R. 41

CHARDON MUNICIPAL COURT
GEAUGA COUNTY, OHIO

STATE OF OHIO, GEAUGA COUNTY, SS:

To Sheriff Hildenbrand, the Geauga County Sheriff's Office, and all other law enforcement officers and such other individuals, as he shall deem necessary.

WHEREAS, there appeared personally before me one Det. Humar and swore to the facts set forth in an Affidavit on file with the Court in this matter.

WHEREAS, I find from said Affidavit that there is probable cause to believe, based on specific and articulable facts:

I. That in the city of Chardon, Geauga County, Ohio, the following criminal offense(s) has/have occurred:

    a. Possession of Drugs, R.C. §2925.11
    b. Trafficking in Drugs, R.C. §2925.03
    c. Having Weapons While Under Disability, R.C. §2923.13

II. That the following described items of property are connected with the commission of said offenses:

    a. any and all controlled substances, including but not limited to methamphetamine, marijuana, cocaine, heroin, and prescription pills; US currency; packaging materials; scales; drug paraphernalia; cell phones and their contents, including contacts, call history, text messages, emails, voicemails, pictures, videos, and applications and their contents (such as Google Maps); ATM receipts; personal papers; including but not limited to personal noted, letters, receipts; firearms; Any safes or locked boxes may be entered by force, if necessary; and
    b. any and all other fruits and instrumentalities of the crimes, currently unknown

III. That the said items of property are located at:

    a. The property, residence, curtilage, outbuildings, and vehicles located at ▮▮▮▮▮▮▮▮▮▮▮ Chardon, Ohio 44024, described as a beige, three-family dwelling with white trim around the windows, and the numbers "▮▮" are located above the front door, which faces north. The target apartment is located on the upper level, with the main entry door located at the top of the stairway from the southernmost man entry door.

    b. within the contents of any cell phones seized pursuant to paragraph IIa

NOW, THEREFORE, you are hereby COMMANDED, in the name of the State of Ohio, with necessary and proper assistance, within three days, to enter into, or, serve onto, the places described in Paragraph III above and there diligently search for the property described in Paragraph II. I find that there is reasonable

Exh. B - 003

cause to justify and hereby authorize execution of this Warrant during the daytime or nighttime. Within the territorial jurisdiction of this Court, you are authorized to search the property described in Paragraph III above for items of property described in Paragraph II, and obtain the evidence described in Paragraph II above. Of this Warrant make due return to the undersigned accompanied by an inventory of any property seized.

Due to the logistics of searching and analyzing electronic devices, the three-day execution requirement, pursuant to Crim.R. 41(D)(2), is hereby amended to require the search of the devices be initiated within three days.

All property seized pursuant to this Warrant shall be forthwith delivered into the custody of an agency equipped for the analysis and processing of electronic devices / DNA evidence, and will be processed by those assigned to the investigation, and after such processing shall be delivered to the Evidence Custodian of the Geauga County Sheriff's Office to be held as evidence or until further Order of this Court.

The facts upon which the affiant relies and bases his/her belief that said items of property and things are so unlawfully concealed are contained in the affidavit which is filed in support of this Warrant and is incorporated herein.

_3-1-21  7:04 pm_
DATE

_____
JUDGE TERRI L. STUPICA
CHARDON MUNICIPAL COURT

Exh. B - 004

# SEARCH WARRANT
Rev. Code §2933.21 - .25
Crim.R. 41

CHARDON MUNICIPAL COURT
GEAUGA COUNTY, OHIO

STATE OF OHIO, GEAUGA COUNTY, SS:

To Sheriff Hildenbrand, the Geauga County Sheriff's Office, and all other law enforcement officers and such other individuals, as he shall deem necessary.

WHEREAS, there appeared personally before me one Det. Humar and swore to the facts set forth in an Affidavit on file with the Court in this matter.

WHEREAS, I find from said Affidavit that there is probable cause to believe, based on specific and articulable facts:

I. That in Hambden Township, Geauga County, Ohio, the following criminal offense(s) has/have occurred:

    a. Possession of Drugs, R.C. §2925.11
    b. Trafficking in Drugs, R.C. §2925.03
    c. Having Weapons While Under Disability, R.C. §2923.13

II. That the following described items of property are connected with the commission of said offenses:

    a. any and all controlled substances, including but not limited to methamphetamine, marijuana, cocaine, heroin, and prescription pills; US currency; packaging materials; scales; drug paraphernalia; cell phones and their contents, including contacts, call history, text messages, emails, voicemails, pictures, videos, and applications and their contents (such as Google Maps); ATM receipts; personal papers; including but not limited to personal noted, letters, receipts; firearms; Any safes or locked boxes may be entered by force, if necessary; and
    b. any and all other fruits and instrumentalities of the crimes, currently unknown

III. That the said items of property are located at

    a. The property, residence, curtilage, outbuildings, and vehicles located at ▇▇▇ ▇▇ ▇▇▇▇▇, Hambden Township, Ohio 44024, described as a white, two-story residence with a small wooden deck at the front door, which faces west. There is also a deck on the rear of the structure. The mailbox, located at the street, is orange, white and green colored.; and
    b. within the contents of any cell phones seized pursuant to paragraph IIa

NOW, THEREFORE, you are hereby COMMANDED, in the name of the State of Ohio, with necessary and proper assistance, within three days, to enter into, or, serve onto, the places described in Paragraph III above and there diligently search for the property described in Paragraph II. I find that there is reasonable cause to justify and hereby authorize execution of this Warrant during the daytime or nighttime.Within the

Exh. B - 005

territorial jurisdiction of this Court, you are authorized to search the property described in Paragraph III above for items of property described in Paragraph II, and obtain the evidence described in Paragraph II above. Of this Warrant make due return to the undersigned accompanied by an inventory of any property seized.

Additionally, Due to the logistics of searching and analyzing electronic devices, the three-day execution requirement, pursuant to Crim.R. 41(D)(2), is hereby amended to require the search of the devices be initiated within three days.

All property seized pursuant to this Warrant shall be forthwith delivered into the custody of an agency equipped for the analysis and processing of electronic devices / DNA evidence, and will be processed by those assigned to the investigation, and after such processing shall be delivered to the Evidence Custodian of the Geauga County Sheriff's Office to be held as evidence or until further Order of this Court.

The facts upon which the affiant relies and bases his/her belief that said items of property and things are so unlawfully concealed are contained in the affidavit which is filed in support of this Warrant and is incorporated herein.

3-1-21 @ 7:00PM
DATE

JUDGE TERRI L. STUPICA
CHARDON MUNICIPAL COURT