| | | |
|---|---|---|
| STATE OF OHIO | ) | CHARDON MUNICIPAL COURT |
| | ) ss: | GEAUGA COUNTY, OHIO |
| COUNTY OF GEAUGA | ) | |
| | ) | **AFFIDAVIT FOR** |
| | ) | **SEARCH WARRANT** |

BEFORE ME, JUDGE TERRI L. STUPICA, of the Chardon Municipal Court of Geauga County, Ohio, personally appeared Detective Andrew R. Humar who has identified himself as a detective for the Geauga County Sheriff's Office, and being first duly sworn, states his training and experience including the following:

A. He has been a law enforcement officer with the Geauga County Sheriff's office since October of 2012, and a law enforcement officer in the state of Ohio since 2010. That during this time he has been employed as a deputy sheriff by the Geauga County Sheriff's Office. During his career, his duties have included the investigation of various misdemeanor and felony crimes, including but not limited to: burglary, robbery, theft offenses, sexual assaults, suicides, homicide, felonious assault, domestic violence complaints, and assisting with suspicious death investigations. In September of 2014, this Affiant was assigned to the detective bureau; whereas his primary focus was investigations into trafficking in drugs and associated drug offenses.

B. While employed as a law enforcement officer in the state of Ohio, this Affiant has had the opportunity to partake in multiple narcotics-related training courses and certifications, to include: Drug Enforcement Agency - Authorized Central Storage Program for Clandestine Methamphetamine Lab Disposal, Ohio Tactical Officer's Association - Clandestine Lab Entry Tactics, Geauga County Sheriff's Office – Methamphetamine Lab Awareness and Techniques, The Drug Enforcement Agency's Basic Narcotics Investigator Course, Professional Law Enforcement Training Certificate – Mid-Level Narcotics Investigator Course, Sirchie Education and Training – NARK II Progressive System of Drug Identification, Northeast Counterdrug Training Center – Law Enforcement Intelligence, National White Collar Crime Center – Cyber Investigations Course, and Ohio Attorney General's Office – Street Smart Narcotics Training Courses, and Ohio Attorney General's Office – Crime Scene Investigation and Evidence Gathering.

C. While employed as a law enforcement officer for the Geauga County Sheriff's Office, this affiant has had the opportunity to participate in a large amount of Drug Trafficking Investigations, both as a case agent and in an undercover capacity; to include street - level drug trafficking practices, mid-level Drug Trafficking activities, and large-scale Drug Trafficking Organizations (DTO).

In the course of his duties, this affiant has learned the following information:

1. On February 28, 2021, deputies conducted a traffic stop on a Subaru station wagon being driven by Jared Metzger because he had a felony warrant for his arrest. During the stop, K9 Spirit alerted to the presence of narcotics inside the vehicle. During a brief search of the vehicle, deputies located a hand-written document, appearing to be a drug ledger, which totaled $1,600 in collection. The vehicle was impounded and Metzger was arrested. During the arrest process, Metzger was on his cellular telephone.
   a. The cellular phone utilized by Metzger has been identified as a: **Black Motorola TracPhone: Model Number: XT2005DL, FCC ID: IHDT56YA2, Track ID: ZY327KRQBC**; and was seized during the course of the arrest.
   b. The Subaru station wagon belongs to Devin McFaul, a suspect in an ongoing drug trafficking investigation.

2. On March 1, 2021, deputies executed search warrants at three locations in an ongoing drug trafficking investigation into suspect Devin McFaul. One of those locations was ███████████ Chardon, Ohio.
   a. Along with suspected cocaine, a digital scale, a bag of suspected mushrooms, and drug paraphernalia, detectives also seized at this location a cellular phone, described as a **Samsung Galaxy Note 4, Model Number: SM-N910T3, and Serial Number: RF8GB2XT95N**.
   b. The phone was located in the vicinity of property and personal notes belonging to Jared Metzger, who was known to live at the address.

3. As part of the drug trafficking investigation, deputies also executed a warrant on the Subaru station wagon belonging to Devin McFaul and that had been operated by Jared Metzger on February 28, 2021.
   a. Among the items seized from the vehicle were a pill bottle with white residue, a suspected drug ledger, and a cellular phone, described as a **Samsung Galaxy Note 8, Model Number: SM-N950U, FCC ID: A3LSMN950U, IMEI: 358505083152112, with a cracked screen and duct tape on the back cover.** The phone had Jared Metzger's photo ID attached to it.

4. The warrants for ███████████ and the Subaru station wagon authorized entry into the contents of any cellular telephones that were seized from the locations. One of the seized phones contained a text message conversation about how Jared Metzger was going to use McFaul's Subaru station wagon to pick-up money to purchase one half-ounce of narcotics.

5. Inv. Warner from the Geauga County Prosecutor's Office Investigator Warner began conducting cellular analysis of the seized cellular phone removed from ███████████ Street.
   a. That while analyzing the cellular device removed from ███████████, the Samsung Galaxy Note 4 - SN: RF8GB2XT95N as referenced above, for

narcotics Inv. Warner located an image consistent with child sexual abuse stored on the browser cache.

    i. The color image depicts a prepubescent white male child nude lying on his back between the legs of an adult white male, also nude. The adult male is observed with his penis inserted into the rectum of the child.

    ii. The image is 35KB's in size and has a creation, modification, and last access date of January 10, 2021 at 09:52am. The file has an MD5 hash value of: 1a27f5f4967413cb58ae494b62a4fa53

  b. Once located, investigator Warner ceased the cellular analysis in order to obtain to another search warrant that will authorize analysis of the devices for any of suspected child sexual abuse material.

6. That during the initial narcotics related search, Investigator Warner observed the email address of ▓▓▓▓▓▓@gmail.com as an email address affiliated to the target device.

    a. This affiant conducted a law enforcement records search of ▓▓▓▓▓▓@gmail.com; learning that the address is associated with Jared P. Metzger and Jeannette P. Metzger (Jared's mother). This check was conducted via the TransUnion TLOxp - Law Enforcement Database.

    b. This affiant also observed that Metzger's birth year was 1987, the same numerical figure as listed in the associated email address.

7. That on March 12, 2021, McFaul requested to speak with detectives regarding his on-going criminal investigation. During the course of the interview, McFaul stated that he had not been staying at the ▓▓▓▓▓▓ residence with much frequency since Metzger had been staying at the apartment full time. This has led detectives to believe that the phone from ▓▓▓▓▓▓ belongs to Jared Metzger, along with the phones seized at the time of Metzger's arrest and seized from the Subaru station wagon.

    a. Furthermore, during the search of the apartment, most of the personal property belonging to McFaul was located in the living room area of the home; with Metzger's personal property being located in the only bedroom.

8. That based on the aforementioned facts, this affiants has probable cause to believe that the following cellular devices seized during the on-going investigation belong to Metzger:

a. Black Motorola TracPhone: Model Number: XT2005DL, FCC ID: IHDT56YA2, Track ID: ZY327KRQBC; seized from Metzger's person during the traffic stop.

b. Samsung Galaxy Note 4, Model Number: SM-N910T3, and Serial Number: RF8GB2XT95N; seized from the suspected living space of Metzger at ▬

c. Samsung Galaxy Note 8, Model Number: SM-N950U, FCC ID: A3LSMN950U, IMEI: 358505083152112, with a cracked screen and duct tape on the back cover; seized from inside of the Subaru Stationwagon belonging to McFaul, but utilized by Metzger to facilitate narcotics trafficking.

9. Based upon his training and experience, this Affiant knows that those engaged in drug trafficking often use cellular telephones to schedule transactions and get directions to the locations of buys. The following information located on the cell phone is relevant to drug trafficking investigations: contacts, call history, text messages, emails, voicemails, pictures, videos, and applications and their contents (such as Google Maps).

10. All three cell phones are currently being held in evidence at the Geauga County Prosecutor's Office, 231 Main Street, 3rd Floor, Chardon, Ohio.

Based upon the foregoing, this Affiant has probable cause to believe that the following crimes have occurred in the city of Chardon and Hambden Township, Geauga County, Ohio:

- Possession of Drugs, R.C. §2925.11
- Trafficking in Drugs, R.C. §2925.03
- Pandering Sexually-Oriented Matter Involving a Minor, R.C. §2907.322

<u>This Affiant is requesting search warrants be issued as follows:</u>

- For the Black Motorola TracPhone: Model Number: XT2005DL, FCC ID: IHDT56YA2, Track ID: ZY327KRQBC, a warrant authorizing the search for and extraction of all contacts, call history, text messages, emails, voicemails, pictures, videos, and applications and their contents (such as Google Maps) pertaining to Drug Possession and Drug Trafficking, as well as any pictures, videos, files, or applications and their contents pertaining to child sexual activity/abuse, obscenity, or nudity.

- For the Samsung Galaxy Note 4, Model Number: SM-N910T3, and Serial Number: RF8GB2XT95N taken from 127 Center Street; and the Samsung Galaxy Note 8, Model Number: SM-N950U, FCC ID: A3LSMN950U, IMEI: 358505083152112, with a cracked screen and duct tape on the back cover; a warrant authorizing the search for and extraction of all pictures, videos, files, or applications and their contents pertaining to child sexual activity/abuse, obscenity or nudity.

Exh. C - 004

A search of the contents of electronic devices will take longer than three days to complete, given the technical requirements of downloading the contents of the devices. Therefore, this Affiant requests that the three-day execution requirement of Crim.R. 41(C)(2) be amended to require the warrant be initiated within three days.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Det. Andrew Humar, Affiant
Geauga County Sheriff's Office

Sworn to me and subscribed in my presence this ___19th___ day of March, 2021.

_____ @ 11:17 Am
Judge Terri L. Stupica
Chardon Municipal Court
Geauga County, Ohio